IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                                                          Cr. No. 97-0082-54(SEC)

**LUIS COLLAZO-VILLODA**
T/N: LUIS TOMAS COLLAZO-VILLODAS
* * * * * * * * * * * * * * * * * * * *

### MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS AND REQUESTING AN ARREST WARRANT

**TO THE HONORABLE SALVADOR E. CASELLAS**
**U.S. DISTRICT COURT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Court,** notifying the Court of supervised release violations and requesting a warrant be issued for Luis Collazo-Villoda.

      On December 18, 1998, Luis Collazo-Villoda appeared before this Honorable Court for sentencing having previously plead guilty to federal narcotics laws violations, specifically Conspiracy to Possess with intent to Distribute more than 700 but less than 1,000 grams of heroin in violation of 21 U.S.C. § 846.

      On said date, Luis Collazo-Villoda was sentenced to ninety-seven (97) months of imprisonment to be followed by a four year term of supervised release with the following special conditions: urinalysis and drug treatment if deemed necessary and provide the U.S. Probation

Office with financial information upon request.

On March 4, 2005, Luis Collazo-Villoda was released from the custody of the Bureau of Prisons, at which time his four year term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

***SPECIAL CONDITION: The defendant shall participate in a substance abuse treatment program arranged and approved by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the probation officer, and submit to urinalysis whenever required to do so by the treatment program or the probation officer.***

On March 4, 2005, the defendant was notified that he would be required to participate in substance abuse treatment evaluation to determine his need for treatment. He has evaded treatment due to his continual residence changes.

***CONDITION # 2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.***

The defendant has failed to report to the probation officer as scheduled on October 28th, November 23rd, and on December 1st, 2005. Furthermore, he has failed to submit his monthly supervision reports since July 2005.

***CONDITION # 6: The defendant shall notify the probation officer ten days prior to any change in residence or employment.***

1) On or about the end of May 2005 and the beginning of June 2005, the defendant moved

to the Bayamon area for employment purposes without having previously notified the probation officer of same.

2)  On or about the beginning of July 2005, the defendant moved to another area of Bayamon with girlfriend Nicole Burgos without having previously notified the probation officer of same.

3)  On or about August 2005, the defendant moved to his mother's residence in Ponce without having previously notified the probation officer of same.

4)  On September 12, 2005, in an attempt to make contact with the defendant, his mother notified Probation Officer Miriam Figueroa that her son had moved to San Juan on September 9, 2005, due to a job.

5)  On October 20, 2005, in an attempt to make contact with the defendant, his sister notified Probation Officer Miriam Figueroa that the defendant had moved to an area known as the Jardines in Ponce with his girlfriend, Nicole Burgos.

Since his release from the custody of the Bureau of Prisons, the defendant has moved on five occasions and changed employment without notifying the probation officer of same. Attempts have been made to have the defendant become compliant, however, as of this date his exact whereabouts are unknown.

**WHEREFORE,** in view of the aforementioned violations it is respectfully requested that the Court issue a warrant for Mr. Luis Collazo-Villoda's arrest and order the United States Marshal Service to produce Mr. Collazo-Villoda for revocation procedures.

In San Juan, Puerto Rico, this 8th day of December, 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/<u>Malissa Y. Aponte</u>
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 771-3629
(787) 766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia Torres, Assistant U.S. Attorney and John Ward-Llambias, Esquire.

At San Juan, Puerto Rico this 8th day of December, 2005.

    S/Malissa Y. Aponte
    U.S. Probation Officer
    150 Carlos Chardón Avenue
    Federal Office Building, Room 400
    San Juan, PR 00918
    (787) 294-1648
    (787) 766-5945 (Fax)
    Malissa_Aponte@prp.uscourts.gov