# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| v. | *   **Criminal No. 97-82(SEC)** |
| LUIS COLLAZO-VILLODA | * |
| Defendant | * |

## ORDER

Malissa Y. Aponte, U.S. Probation Officer of the Court, alleges that releasee, Luis Collazo-Villoda, has failed to comply with the conditions of his release. Thus, Defendant Luis Collazo-Villoda's supervision term is hereby **TOLLED**. In addition, this matter is also **REFERRED** to Magistrate Judge Gustavo Gelpí for the holding of a hearing. Defendant Collazo-Villoda is **ORDERED** to appear at said hearing and show cause, if there be any, why his supervised release in the above-entitled case should not be revoked. Thereupon, he be dealt with pursuant to law.

At this hearing, the releasee will be entitled:

1. To the disclosure of evidence against him.

2. To present evidence in his own behalf.

3. To the opportunity to question witnesses against him.

4. To be represented by counsel.

The Clerk shall issue a warrant for the offender's arrest and provide all pertinent parties with a copy of this Order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of December, 2005.

S/ *Salvador E. Casellas*

SALVADOR E. CASELLAS
U.S. Senior District Judge