## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                                  CASE NO.: 3:97CR0082-54(SEC)

LUIS COLLAZO-VILLODA

* * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL TO MOTION FILED ON DECEMBER 8, 2005

TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT COURT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this**

**Court,** notifying the Court of additional supervised release violations on Luis Collazo-Villoda.

On December 8, 2005, our office filed a *Motion Notifying Supervised Release Violations*

*and Requesting an Arrest Warrant* on Mr. Collazo-Villoda.  On December 12, 2005, Your Honor

ordered the issuance of the warrant for the defendant's arrest.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE**

**AS FOLLOWS:**

***STANDARD CONDITION: The defendant shall not commit any federal, state, or local crimes:***

On November 12, 2005, Mr. Collazo-Villoda was arrested by the Puerto Rico Police Department in Ponce for violation of Article 3.1 and 3.3 of the Puerto Rico Domestic Violence Law 54.   Mr. Collazo-Villoda employed physical violence against his girlfriend, with whom he resided, Micol Burgos Serrano.  Furthermore, he threatened to kill her if she reported the incident to the police.

Mr. Collazo-Villoda  appeared before the Ponce Court at which point probable cause was found and the bail was set at $25,000 for Article 3.1 and $10,000 for Article 3.3.   As a result of the Puerto Rico Rule 64, Mr. Mr. Collazo-Villoda was released from custody for having been held for thirty days.  Discussion with the arresting agent revealed that this matter is in the process of being reopened.

Under the Domestic Violence Law 54, a Restraining Order was issued on November 12, 2005 and is in effect until November 12, 2006, against Mr. Collazo-Villoda.

***SPECIAL CONDITION #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.***

As of this date, Mr. Collazo-Villoda has failed to notify the Probation Department of the above indicated arrest.

**WHEREFORE,** I declare under the penalty of perjury that the foregoing is true and correct. In view of the aforementioned violations, it is respectfully requested that the Court

supplement warrant issued on December 12, 2005.

In San Juan, Puerto Rico, this 29th day of December, 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/Malissa Y. Aponte
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 771-3629
(787) 766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

 

 

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dina Avila, Assistant U.S. Attorney and John Ward-Llambias, Esquire.

At San Juan, Puerto Rico this 29th day of December, 2005.


S/Malissa Y. Aponte
 U.S. Probation Officer
 150 Carlos Chardón Avenue
 Federal Office Building, Room 400
 San Juan, PR 00918
 (787) 294-1648
 (787) 766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov