Five Minutes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS      DATE: January 4, 2006

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón      Case No. CR. 97-082-54 (SEC)

USPO: Malissa Y. Aponte

===============================================================

United States of America      ATTORNEYS:

Plaintiff

vs.

Luis Collazo-Villoda

Defendant(s)

===============================================================

Defendant was brought before the Court based on a warrant of arrest that was issued by Gustavo A. Gelpí, U.S. Magistrate Judge on December 13, 2005.

Defendant was advised of his rights and charges and was informed that a preliminary hearing to **show cause regarding violations of conditions of supervised release is set for January 18, 2006 at 8:30 a.m.**

                                      s/ Sarah V. Ramón
                                      Sarah V. Ramón, Deputy Clerk