### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

       vs.

LUIS COLLAZO-VILLODAS,
    Defendant.

Cr. NO.  97-082 (SEC)

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1.      Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Luis Collazo-Villodas.

2.      Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made to the  AFPD assigned to the case.  Request that electronic notifications to the Federal Public Defender, Mr.  Joseph C.  Laws, Jr., be terminated.

I HEREBY CERTIFY that on this date  I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 18th day of January,  2006.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Juan F. Matos de Juan*
**JUAN F. MATOS DE JUAN**
**USDC-PR 207605**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail : Juan_Matos@fd.org**