UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2 minutes

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: YELITZA RIVERA-BUONOMO   DATE: 01/18/06

COURT REPORTER: FTR                      CASE NO: 97-082(SEC)

==================================================================

UNITED STATES OF AMERICA            AUSA DINA AVILA

Plaintiff

vs.

54- LUIS COLLAZO-VILLODA            AFPD JUAN MATOS DE JUAN
Defendant

==================================================================

**<u>CASE CALLED FOR PRELIMINARY HEARING ON SUPERVISED RELEASE:</u>**

AFPD Matos stated for the record that he had discussed the motions filed by Probation Officer in this case and that they were accepting the allegations and requesting that the matter be referred to Senior Judge Casellas for final revocation hearing.

The Court made a finding of probable cause of violation of the conditions of supervised release and referred the matter to Senior Judge Casellas for final revocation hearing.

S/ Yelitza Rivera-Buonomo
Deputy Clerk