# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO          DATE: March 3, 2006

COURT REPORTER: Diane BREAZ                    **CRIM. NO. 97-82 (54)(SEC)**

COURT INTERPRETER: Hilda GUTIERREZ
==================================================================
                              <u>Attorneys:</u>

UNITED STATES OF AMERICA              AUSA, JENNIFER HERNANDEZ
vs.

**LUIS COLLAZO-VILLODA**              FRANCISCO VALCARCEL-FUSTER
U/C

==================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__ Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON DECEMBER 18, 1998 is REVOKED**.

**SENTENCE**: <u>Imprisonment for a term of 12 months. Upon release from confinement, the defendant will not serve any term of supervised release.</u>

                                        *S/ Sulma López-Defilló*
                                         Courtroom Deputy

