AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

For _____ District of _____ Puerto Rico _____

UNITED STATES OF AMERICA
V.

**LUIS COLLAZO-VILLODA**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   97-CR-87 SEC)
USM Number:   54

AFPD, FRANCISCO VALCARCEL
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) _Standard & Special Condition and 2, 6 and 11_ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Failure to participate in a substance abuse treatment until duly discharged. | 3/4/05 |
| Condition #2 | Failure to report to the probation officer. | 10/28/05; 11/23/04; 12/01/05 |
| Condition #2 | Failure to submit a written report to the probation officer. | Since July 2005 |
| Condition #6 | Failure to notify 10 days prior to any change in residence or employment. | 5/05; 6/05; 7/05; 8/05; 9/05; 10/05 |
| Standard Condition | Committed a local crime | 11/12/05 |
| Condition #11 | Failure to notify the probation officer within 72 hours of being arrested. | 11/16/05 |

  The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

  It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:
_____
_____
_____

Defendant's Mailing Address:
_____
_____
_____

MARCH 3, 2006
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

MARCH 3, 2006
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: LUIS COLLAZO-VILLODA | Judgment — Page 2 of 2 |
| CASE NUMBER: 97-CR-082 (54) (SEC) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS**.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL