AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL    District of    PUERTO RICO

UNITED STATES OF AMERICA

V.

LUIS COLLAZO-VILLODA

**WARRANT FOR ARREST**

Case Number:   CR. 97-082-54  (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     LUIS COLLAZO-VILLODA
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

GUSTAVO A. GELPI
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

DECEMBER 13, 2005 AT SAN JUAN, P.R.
Date and Location

By: Carlos J. Rodríguez-Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 12/13/2005 | NAME AND TITLE OF ARRESTING OFFICER USMS | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/3/2006 | | |

Received and Filed 2008 JUL 21 PM 2:34 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.